

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00587-CR

Mary Rendon,
Appellant

v.

The State of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 372431
Honorable Carlo Key, Judge Presiding

## O R D E R

The State's motion for extension of time to file the brief is GRANTED. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court